UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 09-CR-20193-PCH

**UNITED STATES OF AMERICA,**
    **Plaintiff,**

vs.

**NAIROBYS C. ROJAS,**
    **Defendant.**

_____/

### ORDER GRANTING DEFENDANT'S EMERGENCY MOTION TO REMOVE CASE FROM FUGITIVE STATUS, QUASH OUTSTANDING WARRANTS, AND REINSTATE ARRAIGNMENT DATE OF APRIL 16, 2009 AT 10:00 A.M. BEFORE MAGISTRATE JUDGE WHITE

THIS MATTER came before the Court by virtue of the Defendant's Emergency Motion to Remove Case from Fugitive Status, Quash Outstanding Warrants, and Reinstate Arraignment Date of April 16, 2009 at 10:00 A.M. before Magistrate Judge White (D.E. #7) filed on April 14, 2009. After careful review of the Defendant's Motion, it is hereby;

ORDERED AND ADJUDGED that the Defendant's Motion is granted. Therefore, the Court's Order Placing Defendant on Fugitive Status (D.E. #5) is vacated and the arraignment date of April 16, 2009 at 10:00 a.m. before Magistrate Judge Patrick White is reinstated.

DONE AND ORDERED in chambers in Miami, Florida this 15 day of April, 2009.

PAUL C. HUCK
U.S. DISTRICT COURT JUDGE

cc: All counsel of record
    U.S. Marshal